■ In the Matter of JOHN HANCOCK PROPERTY & CASUALTY INSURANCE COMPANY, Respondent, v DONNA SCORCIA, Appellant. [638 NYS2d 340] —In a proceeding pursuant to CPLR article 75 to stay arbitration of an underinsured motorist claim, the appeal is from a judgment of the Supreme Court, Nassau County (Trainor, J.H.O.), entered September 6, 1994, which granted the petition and permanently stayed arbitration.

Ordered that the judgment is affirmed, with costs.

The Judicial Hearing Officer correctly determined that the appellant's claim for underinsurance motorist benefits coverage was untimely as a matter of law *(see, Schiebel v Nationwide Mut. Ins. Co.,* 166 AD2d 520; *Matter of Merchants Mut. Ins. Co. v Hurban,* 160 AD2d 873). Mangano, P. J., Thompson, Friedmann and Florio, JJ., concur.